**These Findings of Fact and Conclusions of Law**
**Are Not Appropriate for Publication**

FILED

AUG 9 2007

ᘔ

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                        Case No. 05-10001-A-7
                                             DC No. JF-7
DDJ, INC.,

              Debtor.
_____/

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING MOTION FOR RELIEF FROM STAY

A hearing was held August 8, 2007, on the motion for relief from stay filed by Joe Flores in pro se. Connie Flores joined in the motion in pro se. James Salven, the chapter 7 trustee, opposed the motion. This matter is core under 28 U.S.C. § 157(b)(2)(G). This memorandum[1] contains findings of fact and conclusions of law required by Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52.

The motion seeks relief from the automatic stay for Joe and Connie Flores to litigate in two actions pending in the United States District Court for the Eastern District of California. Those actions are CIV-F-99-5878 ("Flores I") and CIV-F-04-6405

---

[1]These Findings of Fact and Conclusions of Law Are Not Appropriate for Publication.

1

23b

1  ("Flores II").

2      In Flores II, the chapter 7 trustee has filed a joinder in

3  support of a motion by Mr. Flores.  Also in Flores II, the

4  chapter 7 trustee has joined in the first amended complaint with

5  Mr. Flores.     The chapter 7 trustee has retained special counsel

6  to represent him in Flores I and Flores II and is participating

7  in those actions with Mr. and Mrs. Flores.

8      Because the chapter 7 trustee in this bankruptcy case of

9  DDJ, Inc., is already participating in Flores I and Flores II on

10 behalf of the bankruptcy estate, along with Mr. Flores, there is

11 no need for relief from the automatic stay in DDJ, Inc.

12     The court makes no findings herein about the ownership of

13 any claim for relief in Flores I or Flores II, and nothing herein

14 should be deemed to modify any previous finding made by the court

15 in that respect.

16     A separate order will issue.

17

18 DATED:    August 9, 2007

19

20                                WHITNEY RIMEL, Judge
                                  United States Bankruptcy Court

21

22

23

24

25

26

27

28